S.M. Pires, Appellant, v Frota Oceanica Brasileira, S.A., Respondent, et al., Defendants.

Submitted June 13, 2011; decided September 20, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

The RGH Liquidating Trust, on Behalf of Reliance Group Holdings, Inc., and Others, Appellant, v Deloitte & Touche LLP et al., Respondents.

Submitted August 1, 2011; decided September 20, 2011

Motion for reargument denied [see 17 NY3d 397 (2011)].

In the Matter of Michael J. Ross, Appellant, v New York State Board of Parole, Respondent.

Decided September 20, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.